UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHANNON REDWINE, | Case No. 20-11224 |
| Plaintiff, | Stephanie Dawkins Davis |
| v. | United States District Judge |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | Curtis Ivy, Jr. United States Magistrate Judge |
| Defendant. _____/ | |

**OPINION AND ORDER ACCEPTING AND
ADOPTING REPORT AND RECOMMENDATION
[ECF No. 16] DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT [ECF No. 13], AND GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 15]**

This matter is before the court on cross motions for summary judgment filed by Plaintiff Shannon Redwine and Defendant Andrew Saul, the Commissioner of Social Security.  (ECF Nos. 13, 15).  This court referred the matter to Magistrate Judge Curtis Ivy, Jr., who issued a Report and Recommendation ("R&R") on July 14, 2021, recommending that the court grant Saul's motion and deny Redwine's motion. (ECF No. 16, PageID.909–10).

Neither party has filed objections to the Magistrate Judge's R&R, and the 14-day time period for filing objections has expired.  *See* 28 Fed. R. Civ. P. 72(b)(2); L.R. 72.1(d).  "[T]he failure to object to the magistrate judge's report[]

1

releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court therefore finds that the parties have waived further review of the Magistrate Judge's Report. Nevertheless, upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the court agrees with the Magistrate Judge's recommended disposition.

The court, therefore, **ACCEPTS** and **ADOPTS** Magistrate Judge Ivy's July 14, 2021 Report and Recommendation [ECF No. 16]. Consequently, the court **GRANTS** defendant's motion for summary judgment [ECF No. 15], and **DENIES** plaintiff's motion for summary judgment [ECF No. 13].

**SO ORDERED**.

Dated:	August 6, 2021

s/Stephanie Dawkins Davis
HON. STEPHANIE DAWKINS DAVIS
United States District Court Judge
